[No. 15280-4-III.     Division Three.     March 27, 1997.]

JOHN JACKS, *Appellant*, v. L. (LESTER) RICHARD
GREENWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-01207-4, Robert D. Austin, J.,
entered October 4, 1995. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Schultheis, A.C.J., and
Thompson, J.

[Nos. 36447-2-I; 37973-9-I.     Division One.     July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
P. SATTERTHWAIT, *Appellant*.

*In the Matter of the Personal Restraint of* RONALD
SATTERTHWAIT, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05842-6, Norma Smith Higgins, J.,
entered April 10, 1995, together with a petition for relief
from personal restraint. Appeal *dismissed* and petition
*denied* by unpublished per curiam opinion.

[No. 34911-2-I.     Division One.     August 26, 1996.]

BETTY ALICE MEAD, *Respondent*, v. OLYMPIC COAST
MORTGAGE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-15417-0, Larry A. Jordan, J., entered
May 11 and June 13, 1994. *Affirmed in part* and *reversed
in part* by unpublished opinion per Becker, J., concurred
in by Grosse and Cox, JJ.